John E. Rodarte Sr.  
T.D.C.J.# 1263270  
Clements Unit  
9601 Spur 591  
Amarillo,Texas 79107-9606

Fourth Court Of Appeals  
Office Of The Clerk  
Cadena-Reeves Justice Ctr.  
300 Dolorosa St.,Suite 3200  
San Antonio,Texas 78205-3037

January 14,2015

RE: Cause No.04-14-00922-CV Trial No.2010-CI-12625 John E. Rodarte Sr. Vs.Texas Department Of Family And Protective Services,General Correspondence

Dear Clerk:

This letter,is to inform you of some concern of mine when it comes to receiving mail from the courts,not just the 4th COA. I am disclosing correspondence sent from your office,dated December 29,2014 received by me on January 13,2015. This may be verified through this unit's mailroom personnel.

As per your office's completion date of January 16th,2015 and the receipt of your dated mail,well,you can see what I mean. I have completed my appeal brief and sent copy to Assistant Attorney General Jason T. Contreras,this brief contains a six month trust fund print-out,that I hope will be utilized in the processing of my appeal.

I do not have the necessary docketing sheets,and if they are needed please send me some of the forms,so that I may satisfy the requisites of law and this court.

Concerning an additional matter,it would appear that I have to file in this court,concerning cause no.2005-CI-18884 and a hearing done held on October 20,2014 Bill Of Review,which was denied,in which I filed a motion for new trial immediately after the hearing,the motion has not been decided,therefore under the 90 day and 75 day operation of law application,I should be on time with being able to file for appeal in this court. This would include correspondence to this court concerning the same matter,notice has been given,through other correspondence to this court by me.

Please check your records concerning 2005-CI-18884 and my request to file an appeal here. Please accept the pleadings contained in my appeal brief for 2010-CI-12625 and in this letter for timely filing being,that I am indigent and have submitted my printout of such,and must continue court intervention.

Respectfully Done,

J.R./j.r.  
01/14/2015

FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION<br>CHIEF JUSTICE<br>KAREN ANGELINI<br>MARIALYN BARNARD<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>PLACE 6 (VACANT)<br>JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.TXCOURTS.GOV/4THCOA.ASPX | KEITH E. HOTTLE<br>CLERK OF COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

December 29, 2014

Jason Thaddeus Contreras
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

John Rodarte Sr.
TDCJ-ID # 1263270
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-14-00922-CV
        Trial Court Case Number:     2010-CI-12625
Style:  John E. Rodarte
        v.
        Texas Department of Family and Protective Service

The copy of appellant's notice of appeal in the above styled and numbered cause has this date been filed or conditionally filed.

The fee for filing appeals in this court from the district or county is $195.00. The fee must be paid at the time the notice of appeal is filed. In addition, this court charges an additional fee of $10.00 for the filing of any motion. Any delay in remitting a filing fee will delay the processing of your appeal and the court's ruling on pending motions. *See* TEX. R. APP. P. 5.

Our records do not reflect payment of the $195.00 fee. Please remit the filing fee no later than January 16, 2015. If the fee is not paid within the time allotted, the matter will be referred to the court, and the appeal is subject to being stricken by the court. *See* TEX. R. APP. P. 5.

In accordance with TEX. R. APP. P. 32 and 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2., a docketing statement must be filed with the notice of appeal. Our records do not contain a docketing statement for this appeal. Please ensure that a docketing statement is immediately filed to ensure prompt processing of the appeal. The Appellant's docketing statement is due from, John Rodarte.

The appellate record generally must be filed in this court within 60 days after the date of judgment is signed. *See* TEX. R. APP. P. 35.1.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

John E. Redarte Sr.
T.D.C.J.# 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107

LEGAL MAIL
    LEGAL MAIL


FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 JAN 23 PM 12: 15
KEITH E. HOTTLE, CLERK


AMARILLO TX 791
20 JAN 2015 PM 2 L



Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St.,Suite 3200
San Antonio,Texas 78205-3037

78205$3037

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION